**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Select Comfort Corporation

Plaintiff,

CV 01-1489 RHK/JMM

vs.

**ORDER**

DAVID DANIEL, a resident of
Tennessee,
dba InternetAirbeds.com
dba Quality Design
dba 1StopSelectAirBeds.com
dba Air-Beds-Mattresses.com
JOHN DOES, 1-10

Defendants.

---

The above matter was commenced on August 15, 2001. To date, it does not appear from the file that service has been effected upon the defendant. If proof of service is not filed within 120 days after the filing of the Complaint, this Court, without further notice, will dismiss the Complaint without prejudice. See Fed.R.C.P.4(m).

Dated: January 16, 2002.

**RICHARD H. KYLE**, Judge
United States District Court

FILED JAN 16 200?
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK